NUMBER 13-01-00844-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SULZER ORTHOPEDICS INC., Appellant,


v.



HELEN I. RUPP AND BERNARD RUPP, 

NAOMI B. BONORDEN, LILLIAN SALLINGER 

AND CARL SALLINGER, Appellees. 

_____________________________________________________________


On Appeal from the County Court at Law No. 4


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 This case is before the Court on a joint motion to vacate the trial court's judgment
and render judgment of dismissal. The parties have reached an agreement with regard
to the disposition of the matters currently on appeal. Pursuant to agreement, the parties
request this Court to vacate the trial court's judgment and render judgment dismissing all
claims with prejudice and tax any costs against the party that incurred it. 

 The joint motion to vacate and render judgment dismissing all claims with prejudice
is GRANTED. Accordingly, we vacate the trial court's judgment and DISMISS the case. 
See Tex. R. App. P. 42.1(a)(2)(A). In accordance with the agreement of the parties, costs
are taxed against the party incurring same. See Tex. R. App. P. 42.1(d). The parties'
request to expedite the mandate is GRANTED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 7th day of May, 2009.